## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HOME DEPOT U.S.A., INC. :<br>:<br>:<br>:<br>Plaintiff, :<br>:<br>v. : Court No. 20-01177<br>:<br>UNITED STATES OF AMERICA; :<br>OFFICE OF THE UNITED STATES TRADE :<br>REPRESENTATIVE; U.S. CUSTOMS & : **SUMMONS**<br>BORDER PROTECTION, :<br>:<br>:<br>:<br>:<br>Defendants. :<br>: | |

**TO:**   The Above-Named Defendants:

You are hereby summoned and required to serve on plaintiff's attorneys, whose names and addresses are set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



**/s/ Mario Toscano**
Clerk of the Court

_____
Daniel Cannistra

Dated: September 18, 2020

CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
DCannistra@crowell.com
(202) 624-2902
*Counsel to Home Depot U.S.A., Inc.*